# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

CHERYL BRIGGS                    :

        Plaintiff,          :

                          Case No. 3:09CV0119

 vs.                              :

                          District Judge Thomas M. Rose

MICHAEL J. ASTRUE,               :       Magistrate Judge Sharon L. Ovington
    Commissioner of the Social
    Security Administration,       :

        Defendant.              :

---

## DECISION AND ENTRY

---

The Court has conducted a *de novo* review of the Report and
Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc.
#13), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b),
and in light of Plaintiff's Notice of her decision not to file objections to that
Report and Recommendations (*see* Doc. #15), hereby ADOPTS said Report and
Recommendations.

IT THEREFORE IS **ORDERED** THAT:

      1.    The Report and Recommendations filed on
            January 26, 2010 (Doc. #13) is ADOPTED in
            full;

2. The Commissioner's non-disability finding is AFFIRMED; and

3. The case is TERMINATED on the docket of this Court.

February 24, 2010                    *s/**THOMAS M. ROSE**

_____

Thomas M. Rose
United States District Judge